DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 EAST BROADWAY BLVD., SUITE 200
TUCSON, AZ 85716-5300
(520) 322-5000

Denise M. Bainton (AZ # 9009)
dbainton@dmyl.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| MATTHEW HAWKINS,<br><br>            Plaintiff,<br><br>vs.<br><br>VAIL SCHOOL DISTRICT #20,<br><br>            Defendant. | NO.<br><br>**NOTICE OF REMOVAL**<br>FEDERAL QUESTION JURISDICTION –<br>28 U.S.C. 1331; 42 U.S.C. 2000e-5(f)(3) |

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA AND TO PLAINTIFF, Pro Per:

PLEASE TAKE NOTICE that Defendant Vail Unified School District ("Defendant"), by undersigned counsel, hereby files this Notice of Removal to effect the removal of the above entitled action pending in the Superior Court of Arizona, Pima County, Cause No. 20092604 to the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§1441 and 1446, asserting original federal jurisdiction under 28 U.S.C. §1331 and 42 U.S.C. §2000e-5(f)(3) (Title VII of the Civil Rights Act of 1964 as amended).  This Notice of Removal is supported by the following:

    1.    Plaintiff, acting pro per, filed his Complaint in Arizona Superior Court, Pima County, on April 7, 2009.

2.  Plaintiff served a summons and copy of the Complaint on Defendant on June 25, 2009. This Notice of Removal is therefore timely as it is filed within thirty days of the date the Complaint was served on Defendant. 28 U.S.C. §1446(b).

3.  Paragraphs II, III, and IV of Plaintiff's Complaint and his request for relief at Paragraph 1, allege that Defendant or its agents discriminated against Plaintiff in violation of "Title VII of the Civil Rights Act of 1964, as amended" (Paragraph II), "committed unlawful practices in violation of . . . the Civil Rights Act of 1964" (Paragraphs III and IV), and he seeks an order that the actions of Defendant's agents "are in violation of . . . the Civil Rights Act of 1964" (Paragraph 1 requesting relief). In the employment context, "the Civil Rights Act of 1964" is known as Title VII, found at 42 U.S.C. §2000e *et seq*.

4.  United States District Courts have original jurisdiction over claims of violation of Title VII. See 42 U.S.C. 2000e-5(f)(3). In addition, Plaintiff's complaint raises a federal question under 28 U.S.C. 1331, and is removable as a case "of which the district courts of the United States have original jurisdiction." See 28 U.S.C. 1441(a).

5.  Plaintiff's Complaint also asserts a state law claim under the Arizona Civil Rights Act, A.R.S. §41-1461 *et seq*. This Court has jurisdiction over that claim pursuant to 28 U.S.C. §1367(a), and this entire case may be removed to this Court pursuant to 28 U.S.C. §1441(c).

6.  This Notice of Removal will be promptly served on Plaintiff by first class mail (no e-mail address has been provided by Plaintiff) and has been contemporaneously filed with the Clerk of the Superior Court of the State of Arizona, Pima County.

7.  In compliance with 28 U.S.C. §1446(a), true and correct copies of all process, pleadings, and orders served in this action are attached hereto as Exhibit A.

DeConcini McDonald Yetwin & Lacy, P.C.
2525 East Broadway Blvd., Suite 200
Tucson, AZ 85716-5300

They are: (1) Summons and Complaint; (2) Certificate of Compulsory Arbitration. Also attached is a copy of the Notification of Removal of this matter filed with the Arizona Superior Court, Pima County.  Defendant also hereby contemporaneously files its Answer to Plaintiff's Complaint.

WHEREFORE, Defendant requests that this civil action be removed from the Superior Court of the State of Arizona, Pima County, to the United States District Court for the District of Arizona.

DATED this 15th day of July, 2009.

DECONCINI MCDONALD YETWIN & LACY, P.C.


By:  /s/ Denise M. Bainton
         Denise M. Bainton
         2525 E. Broadway Blvd., Suite 200
         Tucson, AZ 85716-5300
         Attorneys for Defendant

CERTIFICATE OF SERVICE

☐ I hereby certify that on July 15, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing. Further, I transmitted a copy of this Notice of Removal with attachments to the following Pro Per Plaintiff via First Class Mail (no electronic contact information has been provided by Plaintiff):

>Matthew W. Hawkins
>4100 S. Sheridan Ave.
>Tucson, AZ  85735-8821
>Plaintiff Pro Per

/s/ Denise M. Bainton

I:\files\docs\ARIZ31\290977\PLDG\J07536.DOC