Exhibit A to Notice of Removal
Matthew Hawkins v. Vail School District

## ARIZONA SUPERIOR COURT, PIMA COUNTY

| MATTHEW HAWKINS, a single man<br><br>Plaintiff,<br><br>v<br><br>Vail School District<br>Defendant. | NO. C20092604<br><br>**CIVIL SUMMONS**<br><br>Virginia C. Kelly | Assigned to: |

**THE STATE OF ARIZONA** to the above-named Defendant

I    A lawsuit has been filed against you.

II    If you do not want a Judgment taken against you for the relief demanded in the accompanying Complaint, you must file a Response in writing in the Office of the Clerk of the Superior Court, 110 West Congress, Tucson, Arizona, accompanied by the necessary filing fee. A copy of the Response must also be mailed to the plaintiff/attorney whose name appears below.

III    The Response must be filed within TWENTY DAYS, exclusive of the date of service, if served within the State of Arizona, or within THIRTY DAYS, exclusive of the date of service, if served outside the State of Arizona.

IV    This is a legal document. If you do not understand its consequences, you should seek the advice of an attorney.

REQUESTS FOR REASONABLE ACCOMMODATION FOR PERSONS WITH DISABILITIES MUST BE MADE TO THE COURT BY PARTIES AT LEAST 3 WORKING DAYS IN ADVANCE OF A SCHEDULED COURT PROCEEDING.

WITNESS My Hand and the Seal of the Superior Court.

APR - 7 2009

DATED PATRICIA A. NOLAND
CLERK OF THE SUPERIOR COURT

By ERNESTO CAMBRON _____

Matthew Hawkins

Arizona Superior Court, Pima County

MATTHEW W. HAWKINS
4100 S Sheridan Ave
Tucson, AZ 85735
(520) 409-1474
 Plaintiff

v.

VAIL SCHOOL DISTRICT # 20
13801 E. Benson Hwy.
Vail, AZ 85641
(520) 879-2000
Defendant


APR - 7 2009
PATRICIA A. NOLAND
CLERK, SUPERIOR COURT

C20092604

Case No. _____

Virginia C. Kelly

I. **PERSONAL HARM:** A. I was sexually and discriminatorily harassed. B. I was wrongfully terminated.

II. **COMPLAINT STATEMENT:** For the following reasons, I believe I have been discriminated against because of my sex, male, and my rights have been violated because I complained of an employment practice made unlawful pursuant to the Arizona Civil Rights Act, as amended, Title VII of the Civil Rights Act of 1964, as amended:

1. On October 29, 2007, the defendant hired me to work as a school bus driver. During my employment, defendant awarded me a certificate of appreciation for my work.

2. On January 1, 2008, four of the defendant's other bus drivers, Tom (LNU), Michelle (LNU), Cory (LNU), and Cindy (LNU), contacted me via my personal cell phone, of which they did not have the number, soliciting me for sex. I told the caller I didn't know who he was and I rejected his advance. He stated that he would picture message me a photo so that I would remember him. I received a photo message revealing the private part of a mans body.

3. On January 2, 2008, I reported this disgusting interaction with my co-workers to our supervisor, John Nunes. He did not indicate to me what action he would take.

4. On approximately January 9, 2008, I arrived at work for my afternoon run. I found my bus broken into and a note left on the dash containing derogatory remarks about me. I believe that this was done by the four mentioned previously in retaliation to my reporting the incident to our boss.

5. Immediately I reported this offence to Mr. Nunes as well and gave him the document with the vulgar writing that was left for me on my bus.
6. Since I had two activity runs after school and was one of the last to get back, I came in that night to find more vulgarities writing on the outside of my personal vehicle.
7. On January 17, 2008, Mr. Nunes made the decision to terminate my employment, he met me after my afternoon run and before my activity runs and took my keys. He had someone take my bus and park it.
8. The following week I learned that Mr. Nunes does not have the authority to fire me, that due process according to policy states that he was to reassign me pending a meeting with the school board. I went to the superintendent's office and complained about these proceedings. This resulted in my being placed on paid administrative leave pending the human resources office to do and investigation of my allegations.
9. On February 21, 2008, I again visited the human resources office where Lisa Cerantez, director of human resources, indicated to me that my termination was on the agenda for the February 26, 2008 school board meeting based on reasons that I believe to be bogus.
10. I believe that, but not for my sex, male, my complaint of sexual harassment would not have fallen on def ears. Also that, but not for my complaint of sexual harassment, I would not have been terminated.

III. **FIRST CLAIM FOR RELIEF:**
1. By each of their actions described above, Defendants Tom, Michelle, Cory, and Cindy committed unlawful practices in violation of the Arizona Civil Rights Act, and the Civil Rights Act or 1964 by sexually harassing me and denying my the right to work in an environment free from hostility.

IV. **SECOND CLAIM FOR RELIEF:**
1. By each of their actions described above, Defendants John Nunes, Lisa Cervantez, and the Vail School District Governing Board committed unlawful employment practices in violation of the Arizona Civil Rights Act, and the Civil Rights Act of 1964 by suspending me after making a complaint of being sexually harassed and wrongfully terminating my employment for two reasons that they can not either prove or have ever disciplined another employee for.

V. **DAMAGES:**
1. I have suffered substantial damages as a result of Defendants Tom, Michelle, Cory, and Cindy's actions. These actions were intentional, willful and taken in total disregard of my rights.

2. I have suffered substantial damages as a result of Defendants John Nunes, Lisa Cervantez, and the Vail School District Governing Board. These actions were intentional, willful and taken in total disregard of my rights.

**WHEREFORE,**

I pray that the Pima County Supreme Court order that:

1. The unlawful actions of Defendants Tom, Michelle, Cory, Cindy, John Nunes, Lisa Cervantez, and the Vail School District Governing Board are in violation of the Arizona Civil Rights Act, and the Civil Rights Act of 1964.
2. Enjoins the Vail School District, their agents, employees, and successors, and all other persons in active concert or participation with any of them, from committing unlawful employment practices on any person in any aspect.
3. Awards such damages as will fully compensate my injuries occasioned by the horrific experience I had working as a school bus driver for the Vail School District.
4. Awards punitive damages to me and I further pray for such additional relief as the interests of justice may require.

Thank You,
MATTHEW W. HAWKINS
4100 S Sheridan Ave
Tucson, AZ 85735
(520) 409-1474

*Matthew Hawkins*
4/7/09

Arizona Attorney General's Office, Civil Rights Division CRD No.: T08-0626

EEOC No.: 35A-2008-00462C

Matthew W. Hawkins
4100 S Sheridan Ave.
Tucson, AZ 85735-8621
(520) 409-1474

APR - 7 2009

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| MATTHEW HAWKINS<br><br>Plaintiff,<br><br>v<br><br>Vail School District #20<br><br>Defendants. | No. C20092604<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION**<br><br>Virginia C. Kelly |

The undersigned certifies that the largest award sought by the complainant, including punitive damages, but excluding interest, attorney's fees and costs does exceed the limits set by Local Rule for compulsory arbitration. This case is not subject to the Uniform Rules of Procedure for Arbitration.

RESPECTFULLY SUBMITTED this 7th day of April, 2009.

_[signature]_
Matthew Hawkins
Plaintiff

1  DECONCINI MCDONALD YETWIN & LACY, P.C.
   2525 EAST BROADWAY BLVD., SUITE 200
2  TUCSON, AZ 85716-5300
   (520) 322-5000
3

4  Denise M. Bainton (AZ # 9009)
   dbainton@dmyl.com
5  Attorneys for Defendant

6                  IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

7                          IN AND FOR THE COUNTY OF PIMA

8  MATTHEW HAWKINS,
                                              NO. C20092604
9                  Plaintiff,
                                              **NOTIFICATION OF NOTICE OF
10 vs.                                        REMOVAL**

11 VAIL SCHOOL DISTRICT #20,                  (Assigned to Hon. VIRGINIA C. KELLY)

12                 Defendant.

13

14 TO THE CLERK OF THE ARIZONA SUPERIOR COURT, PIMA COUNTY:

15         PLEASE TAKE NOTICE that on July 15, 2009, Defendant Vail Unified District

16 #20, by counsel undersigned, filed in the United States District Court for the District of

17 Arizona a Notice of Removal of the above-captioned action pursuant to 28 §§ 1331,

18 1441(a), 1441(c) and 42 U.S.C. §2000e-5(f)(3). A true and correct copy of the Notice of

19 Removal (excepting attachments thereto) filed in the United States District Court, District

20 of Arizona, is attached hereto.

21         DATED this 15th day of July, 2009.

22                                            DECONCINI MCDONALD YETWIN & LACY, P.C.

23
                                              By: /s/ Denise M. Bainton
24                                                Denise M. Bainton
                                                  2525 E. Broadway Blvd., Suite 200
25                                                Tucson, AZ 85716-5300
                                                  Attorneys for Defendant
26

1  COPY of the foregoing mailed
   this 15th day of July, 2009, to:
2
   Matthew W. Hawkins
3  4100 S. Sheridan Ave.
   Tucson, AZ 85735-8821
4  Plaintiff Pro Per



I:\files\docs\ARIZ31\290977\PLDG\J07515.DOC